# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00540-CR

**Rockelle LaShawn Parker, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 27TH JUDICIAL DISTRICT
### NO. 62845, HONORABLE FANCY H. JEZEK, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Rockelle LaShawn Parker pleaded guilty to the offense of possession of cocaine with intent to deliver and was sentenced to ten years' imprisonment. However, the district court suspended imposition of the sentence and placed Parker on community supervision for ten years. Subsequently, the State filed a motion to revoke, alleging that Parker had violated the terms and conditions of her community supervision by committing the offense of robbery and by failing to pay various community-supervision fees. Parker pleaded true to the allegations that she had failed to pay the fees but not true to the allegation that she had committed robbery. After hearing evidence, the district court found that the allegations were true, revoked Parker's community supervision, and sentenced her to eight years' imprisonment. This appeal followed.

In a single point of error, Parker argues that the judgment revoking her community supervision should be modified to reflect that she pleaded not true to the allegation that she had

committed the offense of robbery. In its brief, the State concedes error. This Court has the authority to modify incorrect judgments when the necessary information is available to do so. *See* Tex. R. App. P. 43.2(b); *Bigley v. State*, 865 S.W.2d 26, 27-28 (Tex. Crim. App. 1993); *French v. State*, 830 S.W.2d 607, 609 (Tex. Crim. App. 1992). Accordingly, we sustain Parker's sole point of error. We modify the judgment to reflect that she pleaded not true to paragraph A of the motion to revoke and true to paragraphs B, C, and D of the motion to revoke. As modified, the judgment revoking community supervision is affirmed.

_____

Bob Pemberton, Justice

Before Justices Puryear, Pemberton and Rose

Modified and, as Modified, Affirmed

Filed:   June 7, 2013

Do Not Publish

2